IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02003-CMA-MEH

TONY SCHMID,

      Plaintiff,

v.

CORNELL CORRECTIONS OF AMERICA,
VEACH, Warden,
DR. SHIVALINI M. SANTHANBAR,
DR. KYROS IPAKCHI, and
TIMOTHY F. LYDEN,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 9, 2012.**

      Before the Court is a letter from Plaintiff dated January 3, 2012 [filed January 6, 2012; docket #28]. The Court construes the letter as a motion to produce court documents. Plaintiff requests a copy of the motion to dismiss filed by Defendant Ipakchi [docket #24], the addresses of opposing counsel, a list of the local rules, and an updated copy of the current docket sheet. Although not required to provide the Plaintiff with copies of documents filed with the Court, the Court will **grant in part and deny in part** the Plaintiff's motion. The Clerk of the Court is directed to mail to the Plaintiff a copy of the pending motion to dismiss [docket #24] and an updated copy of the current docket sheet, which contains the contact information for all attorneys who have entered an appearance in this case.

      The Court reminds the Plaintiff that it is not required to provide him with copies of filed documents, and may not grant any future requests absent a showing of exceptional cause.[1]

---

[1] In addition to this order, the Court has already granted the Plaintiff's request for a copy of the docket sheet in this case on October 27, 2011. *See* docket #13.