**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02003-CMA-MEH

TONY SCHMID,

    Plaintiff,

v.

CORNELL CORRECTIONS OF AMERICA,
WARDEN VEACH,
DR. SHAVALINI M. SANTHANBAR,
DR. KYROS IPAKTCHI, and
TIMOTHY F. LYDEN,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF
DEFENDANT DR. KYROS IPAKTCHI**

---

This matter is before the Court on the parties' Stipulation to Dismiss Defendant Dr. Kyros Ipaktchi With Prejudice (Doc. # 57). The Court has reviewed the Stipulation and ORDERS as follows:

Defendant Dr. Kyros Ipaktchi is hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that Plaintiff and Defendant Ipaktchi shall each pay his own fees and costs. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Dr. Kyros Ipaktchi as a Defendant in this case.

DATED: February __23__, 2012

                                                  BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge