IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02003-CMA-MEH

TONY SCHMID,

    Plaintiff,

v.

CORNELL CORRECTIONS OF AMERICA,
VEACH, Warden,
DR. SHIVALINI M. SANTHANBAR,
DR. KYROS IPAKCHI, and
TIMOTHY F. LYDEN,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2012.**

    In light of the Stipulation to Dismiss Defendant Dr. Kyros Ipakchi with Prejudice [docket #57], the Motion to Dismiss by Defendant Dr. Ipaktchi [filed December 26, 2011; docket #24] is **denied as moot**.