IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02003-CMA-MEH

TONY SCHMID,

        Plaintiff,

v.

CORNELL CORRECTIONS OF AMERICA,
VEACH, Warden,
DR. SHIVALINI M. SANTHANBAR, and
TIMOTHY F. LYDEN,

        Defendants.

_____

## MINUTE ORDER

_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2012.**

In light of the Second Amended Complaint filed in this matter on April 2, 2012, the Motion to Dismiss filed by Defendant Cornell Corrections of America [filed January 11, 2012; docket #33] and the Motion to Dismiss on Behalf of Defendant Timothy F. Lyden [filed February 20, 2012; docket #53] are **denied as moot**.  *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)).