IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02003-CMA-MEH

TONY SCHMID,

    Plaintiff,

v.

CORNELL CORRECTIONS OF AMERICA,
VEACH, Warden,
DR. SHIVALINI M. SANTHANBAR,
TIMOTHY F. LYDEN,
STATE OF ALASKA DEPARTMENT OF CORRECTIONS,
COMMISSIONER JOE SCHMIDT, and
JOHN/JANE DOE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 27, 2012.**

    Plaintiff's Motion for Procurement of Forms [filed April 25, 2012; docket #81] is **denied**. The form Plaintiff requests is publicly available on the internet at the URL provided below. Absent a showing by Plaintiff that he is unable to access the forms on his own, the Court will not consider providing copies to Plaintiff by mail.

 http://www.usmarshals.gov/process/usm-285.pdf